# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAM D. TIGER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. CIV-24-317-D |
| | ) |
| CARRIE BRIDGES, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 7]. Judge Mitchell recommends that this action be dismissed for failure to exhaust state-court remedies.

Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. *See* R&R at 8. However, the case file shows no timely objection to the Report and Recommendation, nor any request for an extension of time. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Mitchell in the Report and Recommendation, the Court finds that this action should be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 7] is **ADOPTED** in its entirety. This action is **DISMISSED** without prejudice. A separate judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a petitioner. A COA may issue only upon "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Upon consideration, the Court finds the requisite standard is not met in this case. Therefore, a COA will be denied. The denial shall be included in the judgment.

**IT IS SO ORDERED** this 27th day of June, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge